# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

NEIL GOMEZ, *et al.*,
         Plaintiffs,

vs.

HENDERSON JUSTICE COURT, *et al.*,
         Defendants.

Case No. 2:18-cv-00120-JAD-VCF

**ORDER**

Before the Court is Plaintiffs' application to proceed *in forma pauperis* (ECF No. 1) and complaint (ECF No. 1-1). The Court hereby orders that the complaint (ECF No. 1-1) be filed under seal pursuant to Fed. R. Civ. P. 5.2(d). The complaint contains confidential information, including the social security numbers and birth dates of several individuals. The Court is currently screening Plaintiffs' complaint, and should the Court determine that the complaint may proceed or an amended complaint may be filed, the Court will instruct the Plaintiffs to filed a redacted version at that time.

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that Plaintiff's complaint (ECF No. 1-1) be SEALED.

IT IS SO ORDERED.

## **NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified

time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist*., 708 F.2d 452, 454 (9th Cir. 1983).

Pursuant to Local Special Rule 2-2, the Plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party of the party's attorney. **Failure to comply with this Rule may result in dismissal of the action**. *See* LSR 2-2.

DATED this 25th day of January, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE