# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

NEIL GOMEZ, *et al.*,
         Plaintiffs,

vs.

HENDERSON JUSTICE COURT, *et al.*,
         Defendants.

Case No. 2:18-cv-00120-JAD-VCF

**ORDER**

On, January 29, 2017, the Court granted Plaintiffs' application to proceed *in forma pauperis* and dismissed their complaint without prejudice. (ECF No. 4). The Court gave Plaintiffs until February 27, 2018 to file an amended complaint. (*Id.* at 4). The Clerks' Office notified the Court that it received a copy of Notice of Manual Filing and a CD from the Plaintiffs. The Court does not accept complaints in CD format. Plaintiffs must file a paper copy of any amended complaint with the Court.

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that Plaintiffs have until March 30, 2018 to file a hard copy of their amended complaint. Failure to timely file an amended complaint may result in a recommendation for dismissal with prejudice.

IT IS FURTHER ORDERED that if an amended complaint is later filed, the Clerk of the Court is directed **NOT** to issue summons on the amended complaint. The Court will issue a screening order on the amended complaint and address the issuance of Summons at that time, if applicable. *See* 28 U.S.C. § 1915(e)(2).

## **NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist*., 708 F.2d 452, 454 (9th Cir. 1983).

Pursuant to Local Special Rule 2-2, the Plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party of the party's attorney. **Failure to comply with this Rule may result in dismissal of the action**. *See* LSR 2-2.

DATED this 5th day of March, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE