# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Neil Gomez, et al.,<br><br>    Plaintiffs<br><br>v.<br><br>Henderson Justice Court, et al.,<br><br>    Defendants | Case No.: 2:18-cv-00120-JAD-VCF<br><br>**Order Adopting Report and Recommendation and Dismissing Case with Prejudice**<br><br>[ECF No. 8] |

On January 29, 2018, this Court dismissed pro se plaintiffs Neil and Christina Gomez's complaint without prejudice because they improperly sought to vacate a state-court conviction through a 42 U.S.C. § 1983 action.[1] The Gomezes were given until March 30, 2018, to file an amended complaint, and they were warned that "[f]ailure to timely file an amended complaint may result in a recommendation for dismissal with prejudice."[2] The Gomezes have failed to file an amended complaint or otherwise respond to the Court's order. For this reason, Magistrate Judge Cam Ferenbach recommends that I dismiss this case with prejudice.[3]

Judge Ferenbach issued his recommendation on April 5, 2018, making April 19, 2018, the deadline to file an objection. That deadline has come and gone, and no objection has been filed. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4] Accordingly, with good cause appearing and no reason to delay, IT IS HEREBY ORDERED that Magistrate Judge Ferenbach's report and recommendation **[ECF No.**

---

[1] ECF No. 4.

[2] ECF No. 7 at 1.

[3] ECF No. 8.

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

8] is **ACCEPTED and ADOPTED.** Plaintiffs' complaint is **DISMISSED with prejudice**. The **Clerk of Court** is directed to **ENTER JUDGMENT accordingly** and **CLOSE THIS CASE**.

Dated: April 23, 2018

_____
U.S. District Judge Jennifer A. Dorsey